# United States District Court
# For The Western District of North Carolina
# Charlotte Division

The Prudential Insurance Company of America

        Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                            3:12cv214

David Hamilton and Emile Hamilton

        Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 7, 2012 Order.

                                            Signed: November 7, 2012

                                            *Frank G. Johns*
                                            Frank G. Johns, Clerk
                                            United States District Court